# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| Paula K. McCarthy, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 14 C 2818 |
|  | ) |  |
| Zimmer, Inc., et al, | ) | Judge Rebecca R. Pallmeyer |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Pursuant to Case Management Order No. 8, the above cause is dismissed without prejudice.

ENTER:

Dated: March 3, 2015

_____
REBECCA R. PALLMEYER
United States District Judge